ACCEPTED
12-15-00106-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/21/2015 2:40:51 PM
Pam Estes
CLERK

NO. 12-15-00106-CR

IN THE

COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/21/2015 2:40:51 PM
PAM ESTES
Clerk

---

WAVON LASHELTER OWENS, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

## STATE'S MOTION FOR LEAVE TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the State of Texas by and through her Assistant Criminal District Attorney, M. Brian Evans, and hereby requests for a leave to file the State's Brief and in support of same would show the court as follows:

1.     The State's Brief in this case number was due on September 14, 2015. The State failed to file its brief in a timely manner.

The undersigned is requesting leave to file the State's brief.

The undersigned is not seeking this leave for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,

_M. E. E_
_____
**M. BRIAN EVANS, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24082972**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief has been sent by fax to STEPHEN EVANS, 1000 N. CHURCH, P.O. BOX 754, PALESTINE, TEXAS 75802 on this the 18th day of September, 2015 in accordance with the provisions of the Texas Rules of Criminal and Appellate Procedure.

M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972

**THE STATE OF TEXAS** §
                      §
**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **M. BRIAN EVANS** who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in WAVON LASHELTER OWENS vs. THE STATE OF TEXAS, (Trial Court Cause No. 31595 in the Third Judicial District Court of Anderson County, Case No. **12-15-00106-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

_____

**M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972**

Given under my hand and seal of office this the 21st day of September, 2015.



NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON